**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 7 MAL 2021

       Respondent            :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

           v.                     :

ROBERT WILLIAM SCHESTOK,       :

           Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.